## Horace Williams v. The State.

### No. 9728.   Delivered October 14, 1925.

**Carrying a Pistol—No Statement of Facts—Nor Bills of Exception.**

There is neither statement of facts, nor bill of exception contained in the record, and no error appearing the cause is affirmed.

Appeal from the County Court of Law No. 2 of Harris County. Tried below before the Hon. Ray W. Scruggs, Judge.

Appeal from a conviction of carrying a pistol; penalty, a fine of $100.00.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, Judge.—This conviction was had in County court at Law No. 2 of Harris county for unlawfully carrying a pistol, and punishment fixed at a fine of $100.00.

There is neither statement of facts nor bills of exception in the record. The complaint and information charge the offense. No written charge appears, nor is the complaint of the charge as given. No error appearing in the record, the judgment will be affirmed.

*Affirmed.*